UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONALD BERMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11071-JLT |
| | * | |
| ALAN B. MYERS and | * | |
| SIMON EDWARDS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

December 8, 2010

TAURO, J.

After a Scheduling Conference held on December 7, 2010, this court hereby orders that:

1. Plaintiff's <u>Assented to Motion to Amend</u> [#8] is ALLOWED.

2. Plaintiff's <u>Stipulation of Dismissal</u> [#10] is ALLOWED.

3. The Parties are permitted to conduct the following depositions:

    a. Plaintiffs: (1) Simon Edwards; (2) Patricia C. Myers; (3) Alan Myers; (4) Samuel A. Myers; (5) Officer Scott Quigley, Nantucket Police Department.

    b. Defendants: (1) Plaintiff; (2) Samuel A. Myers; (3) Officer Scott Quigley, Nantucket Police Department; (4) Nancy Berman; (5) Loren Fishman, M.D. (6) Diego Herbstein, M.D.

3. The above-listed depositions shall be completed by April 1, 2011.

4. A Further Conference will be held on April 5, 2011 at 11:00 a.m.

5. No further discovery is permitted without leave of this court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge